Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ADAM PAUL WIETESKA,<br><br>        Defendant. | DOCKET NO:  1:15-mj-198-SKO<br><br>STIPULATION TO MOVE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Adam Paul WIETESKA, by and through his attorney of record, Erin Snider, that the Status Conference in the above-captioned matter set for March 1, 2016 shall be moved to March 8, 2016, at 10:00 AM.

Dated:  January 4, 2016              /S/ Matthew McNease
                                     Matthew McNease
                                     Acting Legal Officer
                                     Yosemite National Park

1

Dated: January 4, 2016            /S/ Erin Snider
                                  Erin Snider
                                  Attorney for Defendant
                                  Adam Paul Wieteska

## ORDER

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the March 1, 2016 status conference in the matter of *U.S. V. Adam Paul Wieteska,* 1:15-mj-198-SKO, is moved to March 8, 2016, at 10:00 AM.

IT IS SO ORDERED.

Dated:   January 5, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE